COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Charles Henry Jones v. The State of Texas

Appellate case number:      01-13-00984-CR

Trial court case number:    1163962

Trial court:                339th District Court of Harris County

On June 23, 2014, this case was abated and remanded to the trial court to conduct a hearing no later than July 15, 2014, to determine whether, *inter alia*, appellant's counsel, Cheri Duncan, should be relieved of her duties for failure to timely file a brief. In that Order of Abatement, we also stated that if appellant's counsel filed a brief on behalf of appellant in compliance with Texas Rule of Appellate Procedure 38.1 by 5:00 p.m. on July 8, 2014, together with a motion requesting withdrawal of the Order of Abatement, we may reconsider and withdraw that order and reinstate the appeal. On July 8, 2014, appellant's counsel timely filed a compliant appellant's brief and motion to reinstate the appeal.

Accordingly, we GRANT appellant's motion to reinstate, WITHDRAW the Order of Abatement dated June 23, 2014, and REINSTATE this case on the Court's active docket.

The State's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court

Date: July 11, 2014